IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **01-cv-600-JLK-MEH**

**GO PRO, LTD., a Georgia limited liability company**,

     Plaintiff,

v.

**RIVER GRAPHICS, INC., a Colorado corporation**,

     Defendant.

---

## DISMISSAL ORDER

---

This Court, having considered the Stipulated Dismissal with Prejudice(doc. #74), filed September 15, 2006, by Plaintiff Go Pro, Ltd. ("Go Pro"), and Defendant River Graphics, Inc. ("River Graphics"), pursuant to Fed. R. Civ. P. 41(a)(1), HEREBY ORDERS THAT:

The Stipulated Dismissal is APPROVED, and this action is DISMISSED WITH PREJUDICE, each party to bear its own costs and attorney fees.

DONE AND ORDERED this 15th day of September, 2006.

BY THE COURT

S/John L. Kane
John L. Kane, Senior Judge
United States District Court